UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

TAMEKA LEWIS                                              CIVIL ACTION NO.

VERSUS                                                        JUDGE

MERCK & CO., INC.
SCHERING-PLOUGH CORPORATION D/B/A,
SCHERING-PLOUGH PHARMACEUTICALS
ORGANON USA, INC. D/B/A ORGANON
INTERNATIONAL

*************************************************************************
PETITION FOR DAMAGES FOR PRODUCT LIABILITY

NOW INTO COURT through undersigned counsel comes Tameka Lewis a

person of the full age of majority and resident of the Parish of Orleans, State of

Louisiana, who with respect represents the following:

Made defendants herein are the following:

a.      ORGANON USA, INC. D/B/A AND ORGANON INTERNATIONAL

(hereinafter referred to as ORGANON), a corporation with its principal

place of business in New Jersey, Defendant Organon International was

acquired by Defendant Schering-Plough Corporation in November 2007 and is therefore a wholly owned subsidiary of Defendant Schering-Plough Corporation.   Defendant regularly conducts business in Louisiana.  Defendant may be served with process by registered mail, return receipt requested, upon: The Corporation Trust Company, 820 Bear Tavern Road, West Trenton, New Jersey, 08628.

b.    MERCK & CO., INC., (hereinafter referred to as MERCK) a New Jersey corporation with its principal place of business in New Jersey. Defendant Merck & Co., Inc. merged with Defendant Schering-Plough Corporation in November 2009 and was involved in the manufacture, distribution, marketing, sale, labeling, and design of Implanon, also known as etonogestrel implant detailed herein.   Defendant regularly conducts business in Louisiana.  Defendant may be served with process by registered mail, return receipt requested, upon: The Corporation Trust Company, 820 Bear Tavern Road, West Trenton, New Jersey, 08628.

c.    SCHERING-PLOUGH CORPORATION D/B/A AND SCHERING-PLOUGH PHARMACEUTICALS, (hereinafter referred to as SCHERING-PLOUGH) a New Jersey corporation with its principal place of business in New Jersey.   Defendant Schering-Plough Corporation merged with Merck & Co., Inc. in November 2009 and was involved in the manufacture, distribution, marketing, sale, labeling, and design of Implanon, also known as etonogestrel implant detailed herein. Defendant regularly conducts business in Louisiana.  Defendant may be served with process by registered mail, return receipt requested, upon:

The Corporation Trust Company, 820 Bear Tavern Road, West Trenton, New Jersey, 08628.

1.

This court has jurisdiction over all defendants as each has regularly solicited and/or transacted business in this state.

2.

Defendants at all relevant times engaged, either directly or indirectly, in the business of manufacturing, testing, marketing, promoting, distributing and selling prescription drug products, specifically Implanon, and/or etonogestrel implant , in the state of Louisiana, with a reasonable expectation that the products would be used or consumed in this state, and thus has regularly solicited and/or transacted business in this state.

3.

On or about July 2, 2012, Tameka Lewis, was received the birth control medication named Implanon via arm insertion.

4.

Prior to this, plaintiff, had received birth control injections with no side effects and had been receiving such injections for thirteen years prior to receiving the Implanon implant.

5.

Davis was prescribed this new medication by Dr. Jennifer Laguaite, who was her then treating gynecologist.

6.

On or about April 22, 2013, Lewis began experiencing numbness on her right side. Lewis presented to Touro Hospital for her symptoms.  After having a CT scan it was determined that Lewis had sustained nerve damage.

7.

It was determined that the Implanon, and/or etonogestrel implant inserted into Lewis' arm caused her to develop the nerve damage which caused her resulting symptoms.

8.

Lewis continues to suffer from the damage caused by the Implanon, and/or etonogestrel implant and has further been advised that this may be a lifelong health condition.

9.

Lewis has further been advised that she can never take any type of birth control medication based on the effects rendered from her use of Implanon, and/or etonogestrel implant .

10.

Defendants, Organon, Merck & Co., and Schering-Plough collectively, are liable for all damages sustained by plaintiff based on the defective manufacturing of Implanon, and/or etonogestrel implant that inserted into Lewis' arm.

11.

At all times relevant, the Implanon, and/or etonogestrel implant products were manufactured, designed, and labeled in an unsafe, defective, and inherently dangerous condition, which was dangerous for use by the public, including the plaintiff.

12.

At all times relevant, the Implanon, and/or etonogestrel implant products as designed, researched, manufactured, tested, advertised, promoted, marketed, sold and distributed by Organon, Merck & Co., and Schering-Plough collectively were defective in design and formulation in that when they left the hands of the manufacturers and/or suppliers, the foreseeable risks exceeded the alleged benefits associated with their design and formulation.

13.

At all relevant times the defendants; Organon, Merck & Co., and Schering-Plough collectively had a duty to create products that were not unreasonably dangerous for their normal, common, intended use.

14.

Plaintiff submits that defendant, Organon, Merck & Co., and Schering-Plough collectively are strictly liable for damages to defendant, pursuant to Louisiana Product Liability Act, La. Rev. Stat. Ann sec. 9:2800.51 et. seq, and that defendants are liable for all theories and tort available to plaintiff and against defendant for the injuries sustained by plaintiff.

15.

As a result of the negligence of the defendants, Organon, Merck & Co., and Schering-Plough collectively, the plaintiff was and still is caused to suffer and/or is at a greatly increased risk of serious and dangerous side effects including, *inter alia*, personal injuries which are permanent and lasting in nature, physical pain and mental anguish, permanently diminished enjoyment of life, potential death, as well as the need for lifelong medical treatment, monitoring and medications, and fear of developing any of the above named health consequences.

16.

Defendants had a duty to exercise reasonable care in the manufacture, labeling, sale and distribution of the Implanon, and/or etonogestrel implant products, including a duty to assure that the Implanon, and/or etonogestrel implant did not cause unreasonable, dangerous side effects to the plaintiff.

17.

Defendants breached this duty and knew or should have known that such breach would have created a high risk of unreasonable harm.

18.

Defendants had the means and the resources to ensure that the products distributed by defendants specifically, Implanon, and/or etonogestrel implant would not cause harm to the public and plaintiff.

19.

Defendants' negligence included, but was not limited to, the following acts and omission:

a. Manufacturing, producing, promoting, formulating, creating, developing, designing, assembling, selling, and distributing Implanon, and/or etonogestrel implant , without adequately testing;

b. Manufacturing, producing, promoting, formulating, creating, developing, designing, assembling, selling, and distributing Implanon, and/or etonogestrel implant in a manner that was unsafe and unfit for use by reason of the dangers to users and plaintiff;

c. Failure to warn of such dangers and failing and failure to use due care in such manufacturing, producing, promoting, formulating, creating, developing, designing, assembling, selling, and distributing of Implanon, and/or etonogestrel implant.

WHEREFORE, Plaintiff demands judgment against Defendants, Organon, Merck & Co., and Schering-Plough collectively, individually jointly, severally and in the alternative, and requests restitution, damages, together with interest, cost of suit, attorney's fees, and all such other and further relief as this Court deems just and proper.

Plaintiff prays for trial by jury.

Respectfully Submitted,

/s/Tonya S. Johnson

_____

JOHNSON & JOHNSON LAW OFFICES
TONYA S. JOHNSON (LA. BAR NO. 26512)
839 ST. CHARLES AVENUE, SUITE 309
NEW ORLEANS, LA 70130
TELEPHONE: (504) 581-3550
FAX: (504) 617-6712
*Attorneys for Plaintiff*

**Please Serve Via Long Arm:**
Organon USA, Inc. D/B/A and
Organon International
The Corporation Trust Company
820 Bear Tavern Road,
West Trenton, New Jersey,08628

Merck & Co., Inc.
The Corporation Trust Company
820 Bear Tavern Road,
West Trenton, New Jersey 08628

Schering-Plough Corporation D/B/A
as Schering-Plough Pharmaceuticals
The Corporation Trust Company
820 Bear Tavern Road,
West Trenton, New Jersey,08628